**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 03-1688**

─────────────

DONALD SULLIVAN, Mr.,

                                      Plaintiff - Appellant,

     versus

THE UNITED STATES ENVIRONMENTAL PROTECTION
AGENCY,

                                        Defendant - Appellee.

─────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington. James C. Fox, Senior District Judge. (CA-02-187-F1-7)

─────────────

Submitted: September 9, 2003    Decided: October 14, 2003

─────────────

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Donald Sullivan, Appellant Pro Se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Donald Sullivan appeals the district court's order dismissing, for lack of subject matter jurisdiction, Sullivan's complaint seeking declaratory judgment that the Environmental Protection Agency does not have jurisdiction over his property pursuant to the Clean Water Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Sullivan v. U.S. Environmental Protection Agency, No. CA-02-187-F1-7 (E.D.N.C. May 8, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED